ORIGINAL

jinmucpll

LEONARDO M. RAPADAS
United States Attorney
FREDERICK A. BLACK
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez
Hagåtña, Guam 96910-5113
PHONE: 472-7332
FAX: 472-7334

Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM
SEP 28 2005
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | MAGISTRATE CASE NO. 05-00049 |
| Plaintiff, | **COMPLAINT** |
| vs. | **ALIEN SMUGGLING** [8 U.S.C. § 1324(a)(2)(B)(ii), 18 U.S.C. § 2, and 6 U.S.C. §§ 251 and 557] |
| JIN MU, YI XU CHEN, XIU YAN LI, and RONG HUA TONG, | **IMPROPER ENTRY BY ALIEN** [8 U.S.C. §§ 1325(a)(1) & (2)] |
| Defendants. | |

THE UNDERSIGNED COMPLAINANT CHARGES UPON INFORMATION AND BELIEF THAT:

### COUNT I - ALIEN SMUGGLING

On or about February 27, 2004, within the District of Guam and elsewhere, the defendants herein, JIN MU and YI XU CHEN, knowing or in reckless disregard of the fact

1

than an alien did not receive prior official authorization to come to, enter or reside in the United States, did bring and attempt to bring to the United States an alien for the purpose of commercial advantage and private financial gain, to-wit: Qing Di Hu, Xiao Jian Yang, Mian Duo Chen, and Hai Xian Zhou, by boat to Guam, in violation of Title 8, United States Code, § 1324(a)(2)(B)(ii), Title 18, United States Code, § 2 and Title 6, United States Code, §§ 251 and 557.

## COUNT 2 - IMPROPER ENTRY BY ALIEN

On February 27, 2004, within the District of Guam, the defendants, XIU YAN LI and RONG HUA TONG, did knowingly and intentionally enter or attempt to enter the United States at a time or place other than as designated by immigration officers; and knowingly and intentionally eluded examination or inspection by immigration officers, in violation of Title 8, United States Code, Sections 1325(a)(1) and (2).

COMPLAINANT FURTHER STATES:

I, Michael D. Hernandez, being duly sworn, do hereby state:

1. I am a Special Agent employed by Immigration and Customs Enforcement (ICE), U.S. Department of Homeland Security (DHS) and have been employed by ICE since March 1, 2003. Prior to March 1, 2003, I was employed by Immigration and Naturalization Service (INS), where I was employed for approximately twenty-five years. I am currently assigned to the Guam office of Immigration and Customs Enforcement. While employed as a Special Agent with ICE and legacy INS, I have investigated numerous criminal cases for violations under Titles 8 and 18, of the United States Code. Based upon my knowledge, training, and experience with the Immigration and Nationality Act (INA), I hereby make the following affidavit:

2

2. My duties include investigation of violations of Title 8 and 18, United States Code as it applies to violations of United States immigration laws.

3. On February 27, 2004, eleven (11) Chinese aliens arrived Guam by boat from the island of Tinian and were subsequently observed after they illegally came ashore without inspection at the Mangilao Golf Course, located in Pagat Mangilao, Guam. Seven (7) of the eleven (11) illegal Chinese aliens were subsequently arrested on 2/27/04 by ICE agents - four of whom were subsequently charged on Guam for Improper Entry by Alien and while three others were returned to Saipan where they had a pending case for attempted illegal entry into Guam (a case that involved the attempted illegal entry of 14 Chinese aliens into Guam on December 5, 2003)

4. As a result of an investigation conducted by your Affiant into the above illegal entry event, your Affiant has determined based on interviews conducted with several of the individuals arrested, that JIN MU, a citizen of the People's Republic of China was involved in transporting himself and ten (10) other Chinese aliens, all citizens of the People's Republic of China from the island of Tinian to Guam in a 20 foot boat, and that MU and the ten (10) Chinese aliens entered Guam without inspection at a place that is not designated as a Port of Entry (the Mangilao Golf Course) on 2/27/04. The investigation also revealed that several of the aliens brought to Guam by JIN MU paid alien smuggling fees in Saipan to a smuggler(s) ranging from $4,500 to $5,000.

5. The investigation also revealed that JIN MU aka: "Ah MU," aka: "XI FU," aka: "MO JIN" DOB: 1961 and YI XU CHEN aka: "Shao CHEN," aka: "Xiao CHEN" aka: "Ah CHEN" DOB: 1970 arrived Guam on 2/27/04 with two (2) Chinese females namely: RONG HUA TONG DOB: 1964 and XIU YAN LI DOB: 1977 both whom are citizens of the

3

People's Republic of China.

6. On 9/27/05, your Affiant and agents from the U.S. Coast Guard Investigative Service encountered JIN MU and YI XU CHEN in Agana, Guam who were subsequently arrested for alien smuggling. After being advised of his <u>Miranda</u> rights in Mandarin with the assistance of a Mandarin interpreter, and after waiving said rights JIN MU provided the following information:

    a. MU admitted that he is a citizen of the People's Republic of China and that he was recruited to transport/smuggle ten (10) Chinese aliens to Guam.

    b. MU admitted purchasing a boat (a 20 foot fiberglass boat) that MU purchased from a Chamorro for $9,000.

    c. MU advised that one of the alien smugglers who was involved in the above alien smuggling scheme gave him a total of $12,000 in two payments – money that was intended for purchasing the boat used to transport MU and the ten aliens to Guam and for supplies and equipment to be used on the voyage such as gas cans.

    d. MU advised that he agreed to transport the above named aliens in exchange for not paying a smuggling fee.

    e. MU advised that he came to Guam on 2/27/04 accompanied by his Chinese girlfriend namely: RONG HUA TONG, a citizen of the People's Republic of China.

7. On 9/27/05, after being advised of his <u>Miranda</u> rights and waiving said rights, YI XU CHEN (hereinafter referred to as CHEN) provided the following information:

    a. CHEN advised that he is a citizen of the People's Republic of China and that he arrived Guam by boat (without inspection) on 2/27/04. CHEN advised that he arrived Guam on a boat that was piloted from the island of Tinian by JIN MU with a total of eleven

4

Chinese aliens. When shown photos of the seven Chinese aliens arrested by ICE agents on 2/27/04, CHEN identified all but one person (Qing Di HU) as persons who were smuggled to Guam on 2/27/04 and who were on the same boat as CHEN.

    b. CHEN advised that he arrived Guam accompanied by a female (CHEN's girlfriend) namely: XIU YAN LI, who is a citizen of the People's Republic of China. CHEN advised that he was recruited to come to Guam by a person known as "Ah SU"- a suspected alien smuggling organizer. CHEN advised that "Ah Su" introduced him to JIN MU.

    c. CHEN admitted that prior to arriving Guam, CHEN assisted JIN MU by accompanying him to a store where several (plastic) gas cans were purchased for use during their voyage from Tinian to Guam on 2/27/04. CHEN advised that he paid "Ah Su" $4,000 cash to be brought to Guam, and denied demanding money or the balance of alien smuggling fee from one of the aliens who arrived Guam with him on 2/27/04.

    8. Based on the foregoing, I have concluded that, to the best of my ability, there is probable cause to believe that the two suspected girlfriends of MU and CHEN namely: RONG HUA TONG and XIU YAN LI entered the United States illegally without inspection in violation of Title 8, United States Code, Sections 1325(a)(1)(2). Your Affiant also believes that there is probable cause to believe that JIN MU aka: "Ah MU," aka: "XI FU," aka: "MO JIN" and YI XU CHEN aka: "Shao CHEN," aka: "Xiao CHEN," violated Title 8,

//
//
//
//
//

5

United States Code, Sections 1324 (a)(2)(B)(ii – Alien Smuggling for Financial Gain, and Title 18, United States Code, Section 2, and Title 6, United States Code, Sections 251 and 557.

FURTHER AFFIANT SAYETH NAUGHT.

DATED this 28th day of September, 2005.

Michael Hernandez
Senior Special Agent
Immigration and Customs Enforcement

SUBSCRIBED AND SWORN to before me on this 28th day of September 2005

JOAQUIN V.E. MANIBUSAN, JR.
Magistrate Judge
District Court of Guam

# Criminal Case Cover Sheet    U.S. District Court

**Place of Offense:**
City _____Hagåtña_____

Country/Parish _____

**Related Case Information:**
Superseding Indictment _____ Docket Number **05-00049**
Same Defendant _____ New Defendant __X__
Search Warrant Case Number _____
R 20/ R 40 from District of _____

**Defendant Information:**

Juvenile: Yes ____ No __X__   Matter to be sealed: ____ Yes __X__ No

Defendant Name _____JIN MU_____

Alias Name _____Ah Mu; Xi Fu; Mo Jin_____

Address _____

Birthdate _1961_  SS# ____ Sex _M_ Race _A_ Nationality _Chinese_

**U.S. Attorney Information:**

AUSA _Frederick A. Black_

Interpreter: ____ No __X__ Yes  List language and/or dialect: _Chinese/Mandarin_

**RECEIVED SEP 28 2005**
**DISTRICT COURT OF GUAM**
**HAGATNA, GUAM**

**Location Status:**

Arrest Date _____

☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody
☐ On Pretrial Release

**U.S.C. Citations**

Total # of Counts: __1__  ____ Petty ____ Misdemeanor __X__ Felony

| | Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|---|
| Set 1 | 8 USC 1324(a)(2)(B)(ii), 18 USC 2 & 6 USC 251; 557 | Alien Smuggling | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |

(May be continued on reverse)

Date: _9-28-05_  Signature of AUSA: _Frederick A. Black_

# Criminal Case Cover Sheet
## U.S. District Court

**Place of Offense:**

City _____Hagåtña_____

Country/Parish _____

**Related Case Information:**

Superseding Indictment _____ Docket Number **05-00049**
Same Defendant _____ New Defendant __X__
Search Warrant Case Number _____
R 20/ R 40 from District of _____

**Defendant Information:**

Juvenile: Yes ____ No __X__   Matter to be sealed: ____ Yes __X__ No

Defendant Name    __YI XU CHEN__

Alias Name    __Shao Chen; Xiao Chan; Ah Chen__

Address    _____

Birthdate __1970__  SS# ____  Sex __M__  Race __A__  Nationality __Chinese__

**U.S. Attorney Information:**

AUSA __Frederick A. Black__

**Interpreter:** ____ No __X__ Yes    List language and/or dialect: __Chinese/Mandarin__

**Location Status:**

Arrest Date _____

☐ Already in Federal Custody as of _____ in _____

☐ Already in State Custody

☐ On Pretrial Release

**U.S.C. Citations**

Total # of Counts: __1__    ____ Petty ____ Misdemeanor __X__ Felony

| | Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|---|
| Set 1 | 8 USC 1324(a)(2)(B)(ii), 18 USC 2 & 6 USC 251;557 | Alien Smuggling | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |

(May be continued on reverse)

Date: __9-28-05__    Signature of AUSA: _[signature] Frederick Black_

Case 1:05-mj-00049   Document 1-3   Filed 09/28/2005   Page 1 of 1

# Criminal Case Cover Sheet         U.S. District Court

**Place of Offense:**

City: Hagåtña

Country/Parish: _____

**Related Case Information:**

Superseding Indictment _____ Docket Number **05-00049**
Same Defendant _____ New Defendant __X__
Search Warrant Case Number _____
R 20/ R 40 from District of _____

**Defendant Information:**

Juvenile: Yes ___ No _X_    Matter to be sealed: ___ Yes _X_ No

Defendant Name: XIU YAN LI

Alias Name: _____

Address: _____

Birthdate 1977  SS# ____  Sex F  Race A  Nationality Chinese

**U.S. Attorney Information:**

AUSA: Frederick A. Black

Interpreter: ___ No _X_ Yes    List language and/or dialect: Chinese/Mandarin

**Location Status:**

Arrest Date: _____

☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody
☐ On Pretrial Release

**U.S.C. Citations**

Total # of Counts: 1    ___ Petty _X_ Misdemeanor ___ Felony

| | Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|---|
| Set 1 | 8 USC 1325(a)(1) & (2) | Improper Entry by Alien | 2 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |

(May be continued on reverse)

Date: 9-28-05    Signature of AUSA: /s/ Fred Black

Case 1:05-mj-00049  Document 1-4  Filed 09/28/2005  Page 1 of 1

# Criminal Case Cover Sheet

**U.S. District Court**

**Place of Offense:**
City: Hagåtña
Country/Parish: ___

**Related Case Information:**
Superseding Indictment: ___ Docket Number: **05-00049**
Same Defendant: ___ New Defendant: X
Search Warrant Case Number: ___
R 20/ R 40 from District of: ___

**Defendant Information:**

Juvenile: Yes ___ No X    Matter to be sealed: ___ Yes X No

Defendant Name: RONG HUA TONG
Alias Name: ___
Address: ___

Birthdate: 1964  SS#: ___  Sex: F  Race: A  Nationality: Chinese

**U.S. Attorney Information:**

AUSA: Frederick A. Black

Interpreter: ___ No  X Yes    List language and/or dialect: Chinese/Mandarin

**Location Status:**

Arrest Date: ___
☐ Already in Federal Custody as of ___ in ___
☐ Already in State Custody
☐ On Pretrial Release

**U.S.C. Citations**

Total # of Counts: 1    ___ Petty  X Misdemeanor  ___ Felony

| Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|
| Set 1: 8 USC 1325(a)(1) & (2) | Improper Entry by Alien | 2 |
| Set 2: | | |
| Set 3: | | |
| Set 4: | | |

(May be continued on reverse)

Date: 9-28-05    Signature of AUSA: /s/ Fred Black

Case 1:05-mj-00049   Document 1-5   Filed 09/28/2005   Page 1 of 1