AO 442 (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of GUAM

U.S. MARSHALS-GUAM
(RECEIVED)
29 SEP 2005 14 00 01

UNITED STATES OF AMERICA

V.

**RONG HUA TONG**

**WARRANT FOR ARREST**

Case Number: MG-05-00049-004

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to **RONG HUA TONG**
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  X Complaint  ☐ Order of court  ☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice

charging him or her with (brief description of offense)

**COUNT II - IMPROPER ENTRY BY ALIEN [ 8 U.S.C. §§1325(a)(1), & 2 ]**

**FILED**
DISTRICT COURT OF GUAM
SEP 30 2005
MARY L.M. MORAN
CLERK OF COURT

in violation of Title _____ United States Code, Section(s) _____

**JOAQUIN V. E. MANIBUSAN, JR.**
Name of Issuing Officer

Signature of Issuing Officer

**MAGISTRATE JUDGE**
Title of Issuing Officer

**SEPTEMBER 28, 2005; HAGATNA, GUAM**
Date and Location

ORIGINAL

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |