IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM
**CRIMINAL MINUTES**



**FILED**
DISTRICT COURT OF GUAM
SEP 3 0 2005
MARY L.M. MORAN
CLERK OF COURT

**CASE NO. MJ-05-00049**           **DATE: September 30, 2005**

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding     Law Clerk: Judith Hattori
Court Recorder: Wanda M. Miles         Courtroom Deputy: Leilani Toves Hernandez
Hearing Electronically Recorded: 2:23:31 - 2:53:55     CSO: B. Benavente / J.Lizama

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***A P P E A R A N C E S**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**DEFT: JIN MU**                                 **ATTY : MARK SMITH**
( X ) PRESENT  ( ) CUSTODY  ( ) BOND  ( ) P.R.    ( X ) PRESENT  ( ) RETAINED  ( ) FPD  ( X ) CJA APPOINTED

**DEFT: YI XU CHEN**                             **ATTY : SAMUEL S. TEKER**
( X ) PRESENT  ( ) CUSTODY  ( ) BOND  ( ) P.R.    ( X ) PRESENT  ( ) RETAINED  ( ) FPD  ( X ) CJA APPOINTED

**DEFT: XIU YAN LI**                             **ATTY : G. PATRICK CIVILLE**
( X ) PRESENT  ( ) CUSTODY  ( ) BOND  ( ) P.R.    ( X ) PRESENT  ( ) RETAINED  ( ) FPD  ( X ) CJA APPOINTED

**DEFT: RONG HUA TONG**                          **ATTY : F. RANDALL CUNLIFFE**
( X ) PRESENT  ( ) CUSTODY  ( ) BOND  ( ) P.R.    ( X ) PRESENT  ( ) RETAINED  ( ) FPD  ( X ) CJA APPOINTED

U.S. ATTORNEY: FRED BLACK                AGENT: MIKE HERNANDEZ, B.I.C.E.

U.S. PROBATION: ROSANNA VILLAGOMEZ-AGUON     U.S. MARSHAL: S. LUJAN / M. UNGACTA

INTERPRETER: FOO MEE CHUN CLINARD         LANGUAGE: CHINESE

**PROCEEDINGS:    INITIAL APPEARANCE RE COMPLAINT**

( X ) FINANCIAL AFFIDAVITS REVIEWED AND ACCEPTED:
JIN MU: MARK SMITH, ATTORNEY APPOINTED       YI XU CHEN: SAMUEL S. TEKER, ATTORNEY APPOINTED
XIU YAN LI: G. PATRICK CIVILLE, ATTORNEY APPOINTED   RONG HUA TONG: F. RANDALL CUNLIFFE, ATTORNEY APPOINTED

( X ) DEFENDANTS SWORN AND EXAMINED:
    XIU YAN LI: 14 YEARS   SCHOOL COMPLETED       RONG HUA TONG: 10 YEARS   SCHOOL COMPLETED

( X ) DEFENDANTS *LI and TONG* WERE ARRAIGNED AND ADVISED OF THEIR RIGHTS, CHARGES AND PENALTIES
( X ) DEFENDANT *LI and TONG* WAIVED READING OF ( X ) COMPLAINT  ( ) INFORMATION  ( ) INDICTMENT
( X ) PLEA ENTERED:
    XIU YAN LI: ( ) *GUILTY*  ( X ) *NOT GUILTY* - TO: COUNT II
    RONG HUA TONG: ( ) *GUILTY*  ( X ) *NOT GUILTY* - TO: COUNT II

( X ) PRELIMINARY EXAMINATION SET FOR: OCTOBER 7, 2005 at 9:30 A.M.     (FOR DEFENDANT'S MU AND CHEN)

( X ) TRIAL SET FOR: NOVEMBER 17, 2005 at 9:30 A.M.      (FOR DEFENDANT'S LI AND TONG)

( X ) DEFENDANTS REMANDED TO THE CUSTODY OF THE U.S. MARSHAL SERVICE FOR ( ) PROCESSING (X) DETENTION

**NOTES:**
Trial Order executed. Mr. Smith and Mr. Teker submitted to the Pretrial Services Report regarding detention. Mr. Civille and Mr. Cunliffe argued for the release of their clients. Government opposed their release.

The Court remanded all the defendant's to the custody of the U.S. Marshal.

Courtroom Deputy: ___