
FILED
DISTRICT COURT OF GUAM
SEP 30 2005
MARY L.M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>JIN MU,<br>YI XU CHEN<br>XIU YAN LI, and<br>RONG HUA TONG,<br><br>Defendants. | MAGISTRATE CASE NO. 05-00049<br><br>**APPOINTMENT ORDER** |

IT IS HEREBY ORDERED that **MARK SMITH** is appointed to represent defendant **JIN MU** and **SAMUEL S. TEKER** is appointed to represent defendant **YI XU CHEN** *nunc pro tunc* to September 29, 2005.

IT IS FURTHER ORDERED that **G. PATRICK CIVILLE** is appointed to represent defendant **XIU YAN LI** and **F. RANDALL CUNLIFFE** is appointed to represent defendant **RONG HUA TONG**.

Dated this 30th day of September, 2005.

JOAQUIN V. E. MANIBUSAN, JR. Magistrate Judge
U.S. DISTRICT COURT OF GUAM