jinmudismiss

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
PHONE: 472-7332
FAX: 472-7334

Attorneys for the United States of America

ORIGINAL

FILED
DISTRICT COURT OF GUAM

OCT 20 2005

MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) MAGISTRATE CASE NO. 05-00049 |
| Plaintiff, | ) |
| vs. | ) **MOTION TO DISMISS** <br> ) **COMPLAINT** |
| JIN MU, <br> YI XU CHEN, <br> XIU YAN LI, and <br> RONG HUA TONG, | ) |
| Defendants. | ) |

COMES NOW the plaintiff, United States of America, by and through its undersigned attorney, and moves that the Complaint in the above cause against defendants, JIN MU, YI XU CHEN, XIU YAN LI and RONG HUA TONG, be dismissed, for the reason that the defendants have been charged through an Indictment on October 5, 2005 under Criminal Case No. 05-00072, which said Indictment has incorporated the criminal acts described in the Complaint.

Respectfully submitted this 19th day of October 2005.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: *Karon V. Johnson*
KARON V. JOHNSON
Assistant U.S. Attorney