LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
PHONE: 472-7332
FAX: 472-7334

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| UNITED STATES OF AMERICA, | ) MAGISTRATE CASE NO. 05-00049 |
|---|---|
| Plaintiff, | ) |
| vs. | ) **ORDER TO DISMISS** |
| | ) **COMPLAINT** |
| JIN MU, | ) |
| YI XU CHEN, | ) |
| XIU YAN LI, and | ) |
| RONG HUA TONG, | ) |
| Defendants. | ) |

IT IS SO ORDERED that the complaint in the above entitled case against defendants, JIN MU, YI XU CHEN, XIU YAN LI, and RONG HUA TONG, is hereby dismissed.

October 20, 2005
DATE

JOAQUIN V.E. MANIBUSAN, JR.
Magistrate Judge
District Court of Guam

ORIGINAL

FILED
DISTRICT COURT OF GUAM
OCT 20 2005
MARY L.M. MORAN
CLERK OF COURT