# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

|  |  |
|---|---|
| USA, <br><br> Plaintiff, <br><br> vs. <br><br> Rong Hua Tong, <br><br> Defendant. | Case No. 1:05-mj-00049-004 <br><br><br> **CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the *CJA 20 Voucher and CJA 21 Voucher filed March 2, 2006*, on the dates indicated below:

*F. Randall Cunliffe*
*March 6, 2006*

I, Leilani R. Toves Hernandez, declare under the penalty of perjury that on the above listed date(s) the:

*CJA 20 Voucher and CJA 21 Voucher filed March 2, 2006*

were served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: March 6, 2006  /s/ Leilani R. Toves Hernandez
  Deputy Clerk